# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LAKE TEXOMA HIGHPORT, LLC. | § § § | |
| VS. | § § | Case No. 4:08cv285 (Judge Schneider/Judge Mazzant) |
| CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, ET AL. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On December 28, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant CRC Insurance Services, Inc. d/b/a Southern Cross Underwriters' Amended Opposed Motion to Compel Arbitration, Opposed Motion to Stay, and Motion to Dismiss Insurance Alliance's Third-Party Claims (Dkt#58) be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant CRC Insurance Services, Inc. d/b/a Southern Cross Underwriters' Amended Opposed Motion to Compel Arbitration and Opposed Motion to Stay

(Dkt#58) is GRANTED and Insurance Alliance's claims against Defendant CRC Insurance Services, Inc. d/b/a Southern Cross Underwriters are STAYED in this lawsuit.

**IT IS SO ORDERED.**

**SIGNED this 20th day of January, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE